## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____    :
                                                    :
DISTRICT CAPITAL PARTNERS, LLC,                     :
    1800 M Street, NW, Suite 550 S              :    Case number: 1:19-cv-03183-JEB
    Washington, DC 20036                        :
                    Plaintiff,   :
                                                    :
v.                                                  :
                                                    :
DOUGLAS A. PALMER, JR.,                             :
    45 Sutton Square SW                         :
    Washington, DC 20024                        :    **JURY TRIAL**
                                                    :    **DEMANDED**
and                                                 :
                                                    :
ASCEND CAPITAL GROUP, LLC,                          :
    1775 Tysons Blvd                            :
    McLean, VA 22102                            :
                  Defendants.   :    October 1, 2019

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Pursuant to Federal Rules of Civil Procedure 7 and Rule 7.1 and Local Rule 5.1, Plaintiff

District Capital Partners, LLC ("DCP") moves the Court for permission to file under seal its

Motion for a Preliminary Injunction and the corresponding exhibits to prevent the public

disclosure of DCP's trade secrets and other confidential information relating to DCP and third-

parties.

While court records are generally publicly accessible, "[t]he public has in the past been

excluded, temporarily or permanently, from court proceedings or the records of court

proceedings to protect private as well as public interests: to protect trade secrets." *United States*

*v. Hubbard*, 650 F.2d 293, 315 (D.C. Cir. 1980).  Likewise, courts will seal their records to

prevent the disclosure of "business information that might harm a litigant's competitive

standing." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598, 98 S. Ct. 1306, 1312, 55 L. Ed. 2d 570 (1978)

      The information that DCP seeks to file under seal relates to DCP's trade secrets which have been developed through DCP's years of experience in the field of Mergers & Acquisitions. DCP has gone through substantial efforts to maintain the confidentiality of that information. Moreover, the information which DCP seeks to file under seal relates to the potential acquisition targets by DCP's customers.  As set forth in the Memorandum of Law in Support of its Request for a Preliminary Injunction, this information, including specifically the identities of potential targets and acquiring companies, is highly sensitive and disclosure of that information would cause substantial harm to DCP's reputation in the market and also risk harm to the underlying companies whose identities were disclosed.  *See* Memorandum of Law at § II(A).

      DCP therefore respectfully requests that it be permitted to file its Motion for a Preliminary Injunction and the corresponding exhibits under seal, and be permitted to file a "Public Version" of those documents which is redacted to protect the identities of the third-party companies identified in that motion and prevent the disclosure of DCP's trade secrets.

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

_____ :
                                                  :
DISTRICT CAPITAL PARTNERS, LLC,                   :
    1800 M Street, NW, Suite 550 S          :   Case number: 1:19-cv-03183-JEB
    Washington, DC 20036                     :
                Plaintiff,    :
                                                  :
v.                                                :
                                                  :
DOUGLAS A. PALMER, JR.,                            :
    45 Sutton Square SW                      :
    Washington, DC 20024                     :   **JURY TRIAL**
                                                  :   **DEMANDED**
and                                               :
                                                  :
ASCEND CAPITAL GROUP, LLC,                         :
    1775 Tysons Blvd                         :
    McLean, VA 22102                         :
             Defendants.    :   October 1, 2019

## [Proposed] ORDER

[Proposed] ORDER Upon consideration of the Plaintiff's motion for leave to file exhibit under seal, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Clerk shall file under seal the exhibit attached to the motion.

Respectfully submitted,

Date:  October 29, 2019                    **DISTRICT CAPITAL PARTNERS, LLC**

<u>/s/ Kevin T. Carroll</u>
Kevin T. Carroll (DC 1020479)
Wiggin and Dana LLP
800 17th Street, Northwest, Suite 520
Washington, DC 20006
kcarroll@wiggin.com
Phone: 202-800-2475
Facsimile: 212-551-2888

David L. Hall (DC 1033996)
Wiggin and Dana LLP
Two Liberty Place
50 South 16th Street, Suite 2925
Philadelphia, Pennsylvania 19102
dhall@wiggin.com
Phone: 215-988-8325
Facsimile: 215-988-8344

Kenneth K. Cho (DC 438783)
Wiggin and Dana LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
kcho@wiggin.com
Phone: 212-551-2613
Facsimile: 212-551-2888

28504\1\4827-4574-9674.v1