## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT CAPITAL PARTNERS, LLC,<br>   1800 M Street, NW, Suite 550 S<br>   Washington, DC 20036<br><br>                              Plaintiff,<br><br>v.<br><br>DOUGLAS A. PALMER, JR.,<br>   45 Sutton Square SW<br>   Washington, DC 20024<br><br>and<br><br>ASCEND CAPITAL GROUP, LLC,<br>   1775 Tysons Blvd<br>   McLean, VA 22102<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case Number: 19-cv-3183-JEB<br><br><br><br><br><br><br>**JURY TRIAL<br>DEMANDED**<br><br><br><br><br><br>November 7, 2019 |

## **CERTIFICATION PURSUANT TO LCvR 26.1**

We the undersigned, counsel of record for Plaintiff, certify that pursuant to LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

1.   To the best of our knowledge and belief, no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of District Capital Partners, LLC, have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

2

| | |
|---|---|
| Date: November 7, 2019 | Respectfully Submitted, |
| | The Plaintiff, |
| | **DISTRICT CAPITAL PARTNERS, LLC** |
| | By its attorneys, |
| | |
| | /s/ Kevin T. Carroll |
| | Kevin T. Carroll (DC 1020479) |
| | Wiggin and Dana LLP |
| | 800 17th Street, Northwest, Suite 520 |
| | Washington, DC 20006 |
| | kcarroll@wiggin.com |
| | Phone: 202-800-2475 |
| | Facsimile: 212-551-2888 |
| | |
| | David L. Hall (DC 1033996) |
| | Wiggin and Dana LLP |
| | Two Liberty Place |
| | 50 South 16th Street, Suite 2925 |
| | Philadelphia, Pennsylvania 19102 |
| | dhall@wiggin.com |
| | Phone: 215-988-8325 |
| | Facsimile: 215-988-8344 |
| | |
| | Kenneth K. Cho (DC 438783) |
| | Wiggin and Dana LLP |
| | 437 Madison Avenue, 35th Floor |
| | New York, New York 10022 |
| | kcho@wiggin.com |
| | Phone: 212-551-2613 |
| | Facsimile: 212-551-2888 |